DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

SYLVESTER L. BROWN,

Appellant,

v.

BARBARA E. GRUEBER,

Appellee.

No. 2D2023-0981

———————————————

June 26, 2024

Appeal from the County Court for DeSoto County; Guy A. Flowers, Judge.

Sylvester L. Brown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Veronica Burianek, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.